**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hugo Jaime, et al., | No. CV-21-00015-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Parts Authority LLC, et al., | |
| Defendants. | |

  Before the Court is Plaintiffs' Motion for Extension of Time for Plaintiff's [sic] to File an Amended Complaint as a Matter of Course and To Hold That Pending Motions to Dismiss and Transfer are Moot. (Doc. 24) The Motion has been fully briefed and is ready for review. (Docs. 25, 26)

  Plaintiffs seek an extension of the Fed. R. Civ. P. ("Rule") 15(a)(1) deadline to file an amended complaint as a matter of course. (Doc. 24 at 3) Plaintiffs also request that the Court moot the pending motions to dismiss and transfer. (Doc. 24 at 4) In the alternative, Plaintiffs request leave to file an amended complaint under Rule 15(a)(2). (Doc. 26 at 3)

  Plaintiffs filed the Motion for Extension a day before the time to file an amended complaint as a matter of course expired under Rule 15(a)(1). The Court does not typically grant extensions on such deadlines. Once they pass, plaintiffs must seek written consent from the opposing party or leave of court. *See* Rule 15(a)(2). *See also Hummel v. Maricopa Cty. Adult Prob. Dep't*, No. CV-16-04381-PHX-JJT, 2018 WL 2240098, at *2 (D. Ariz. May 16, 2018) ("A party may amend a pleading once as a matter of course within 21 days

after service, or within 21 days of service of … a Rule 12(b)(6) motion. … In all other circumstances, absent the opposing party's written consent, a party must seek leave to amend from the court.") (internal citations omitted).

Moreover, although Plaintiffs request leave to amend pursuant to Rule 15(a)(2) in the alternative, they have not complied with LRCiv 15.1(a). Therefore, the Court cannot grant leave to amend, either. Relatedly, the Court is not inclined to moot pending motions before the opposing party can see whether the Amended Complaint cures the alleged defects of the original.

Furthermore, to the extent Defendants request a stay, the response to the Motion to Stay (Doc. 16) is still pending. The Court will not rule until the briefing on the motion is complete.

Therefore,

**IT IS ORDERED** that Plaintiffs' Motion for Extension of Time for Plaintiff's [sic] to File an Amended Complaint as a Matter of Course and To Hold That Pending Motions to Dismiss and Transfer are Moot (Doc. 24) is **denied in full.**

Dated this 25th day of March, 2021.

Honorable Steven P. Logan
United States District Judge

2