ERICA K. ROCUSH, SB #021297
Erica.Rocush@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Northeast Logistics, Inc.,*
*Arizona Logistics, Inc., BBB Logistics, Inc.,*
*And Michigan Logistics, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Hugo Jaime, Randall Gohn, and Robert Davis Jr., for themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Parts Authority, LLC; Parts Authority, Inc.; Yaron Rosenthal; Northeast Logistics, Inc. d/b/a Diligent Delivery Systems, Arizona Logistics, Inc. d/b/a Diligent Delivery Systems; BBB Logistics, Inc. d/b/a Diligent Delivery Systems; Michigan Logistics, Inc. d/b/a Diligent Delivery Systems; Larry Browne; Does 1-20 d/b/a Diligent Delivery Systems, and Does 21-40,<br><br>            Defendant. | Case No. 2:21-cv-00015-PHX-SPL<br><br>**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND THEIR COMPLAINT / REQUEST TO FILE SUR-REPLY IN SUPPORT OF MOTION TO DISMISS OR TRANSFER** |

Defendants respectfully move the Court to strike Plaintiffs' Reply in Further Support of Their Motion for Leave to Amend Their Complaint (Doc. 32) or, in the alternative, to permit Defendants to file a sur-reply brief in support of their Motion to Dismiss or Transfer.

Plaintiffs' submission is not the Reply it purports to be.  Only two of its sentences actually address the justification for their motion to amend, and those state only that they should be allowed to add additional plaintiffs, a motion more appropriately addressed under Federal Rule Civil Procedure 21.  The remainder of Plaintiffs' brief opposes Defendants' Motion to Dismiss or Transfer Venue in Whole or in Part (Doc. 15), a motion to which

4817-1499-7222.1

Plaintiffs have not served and filed the required answering memoranda. By opposing Defendants' Motion to Dismiss or Transfer in the guise of a Reply, Plaintiffs' deprive Defendants of the opportunity to rebut Plaintiffs' newly raised factual contentions, several of which are patently inaccurate and misleading.

For these reasons, Defendants' request should be granted.

RESPECTFULLY SUBMITTED this 20th day of April, 2021.

**LEWIS BRISBOIS, BISGAARD & SMITH, LLP**

By  /s/ *Erica K. Rocush*
Erica K. Rocush
*Attorneys for Northeast Logistics, Inc., Arizona Logistics, Inc., BBB Logistics, Inc., and Michigan Logistics, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that on April 20, 2021 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF participants:

Sean J. O'Hara
KERCSMAR FELTUS & COLLINS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
sjo@kflawaz.com
        and
Jeremiah Frei-Pearson (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900 White Plains, New York 10601
jfrei-pearson@fbfglaw.com
bsilverman@fbfglaw.com
        and
Mark Potashnick (admitted *pro hac vice*)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
markp@wp-attorneys.com
*Attorneys for Plaintiffs*

Christopher M. Mason
JENNINGS, STROUSS & SALMON, P.L.C.
One East Washington Street, Suite 1900
Phoenix, Arizona 85004
cmason@jsslaw.com
*Attorneys for Defendant Larry Browne*

Michelle R. Matheson
MATHESON & MATHESON, P.L.C.
15300 North 90th St., Suite 550
Scottsdale, Arizona 85260
mmatheson@mathesonlegal.com
reception@mathesonlegal.com
*Attorneys for Defendants Parts Authority, LLC, Parts Authority, Inc., and Yaron Rosenthal*

 /s/ Rena Crockett
44194-03