IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hugo Jaime, et al., | No. CV-21-00015-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Parts Authority LLC, et al., | |
| Defendants. | |

    Before the Court are Defendant Yaron Rosenthal's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) (Doc. 17) and Defendant Larry Browne's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction. (Doc. 19) The Motions are ripe for review. (Docs. 39, 40, 46, 47) For the following reasons, the Motions will be denied.

    Both Rosenthal and Browne previously filed a Motion to Dismiss pursuant to Fed. R. Civ. P. ("Rule") 12(b)(3) and 12(b)(6). (Doc. 15 at 1) ("*All* Defendants move pursuant to Federal Rule Civil Procedure 12(b)(3) ….and pursuant to Federal Rule Civil Procedure 12(b)(6) to dismiss the complaint….") (emphasis added).

    Rule 12(g)(2) requires all Rule 12 motions to be joined as a singular motion, save for a few exceptions, none of which apply here. Under Rule 12(h)(1), any defense listed in Rule 12(b)(2)–(5) is waived by omission from a previous Rule 12 motion. Rosenthal and Browne did not join the Rule 12(b)(2) arguments raised by their co-defendants in Document 15, instead filing separate motions days after the original. Thus, the Court

considers their personal jurisdiction defenses waived and will exercise personal jurisdiction over both individuals.

Therefore,

**IT IS ORDERED THAT** Defendant Yaron Rosenthal's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) (Doc. 17) is **denied**.

**IT IS FURTHER ORDERED THAT** Defendant Larry Browne's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 19) is **denied**.

Dated this 2nd day of July, 2021.

Honorable Steven P. Logan
United States District Judge