# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hugo Jamie, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Parts Authority LLC, et al.,<br><br>          Defendants. | NO. CV-21-00015-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 20, 2021, Judgment is entered as follows: (1) Defendants Northeast Logistics Incorporated, Michigan Logistics Incorporated, and BBB Logistics Incorporated are dismissed for lack of personal jurisdiction for lack of personal jurisdiction under Rule 12(b)(2). (2) Plaintiffs Maurice Headd and Cynthia Cyprian and Claims I and II in their entirety are transferred to the Southern District of New York to join the similarly situated plaintiffs in *Henao v. Parts Authority LLC, et al.,* Case No. 19-70720. (3) Claims III-X are dismissed without prejudice for failure to state a claim under Rule 12(b)(6). Plaintiffs to take nothing and the case is dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

July 20, 2021

By   s/ Rebecca Kobza
     Deputy Clerk