# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21–cv–00015–SPL

| | |
|---|---|
| Jamie et al v. Parts Authority LLC et al | Date Filed: 01/05/2021 |
| Assigned to: Judge Steven P Logan | Date Terminated: 07/20/2021 |
| Cause: 29:201 Fair Labor Standards Act | Jury Demand: Plaintiff |
| | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Hugo Jamie**<br>*for himself and all others similarly situated*<br>*TERMINATED: 07/19/2021* | represented by | **Andrew Charles White**<br>Finkelstein Blankinship Frei–Pearson & Garber LLP<br>1 N Broadway, Ste. 900<br>White Plains, NY 10605<br>914–298–3287<br>Fax: 914–908–6724<br>Email: awhite@fbfglaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bradley F Silverman**<br>Finkelstein Blankinship Frei–Pearson & Garber LLP<br>1 N Broadway, Ste. 900<br>White Plains, NY 10605<br>917–544–5177<br>Email: bsilverman@fbfglaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeremiah Frei–Pearson**<br>Finkelstein Blankinship Frei–Pearson & Garber LLP<br>1 N Broadway, Ste. 900<br>White Plains, NY 10605<br>914–298–3284<br>Fax: 914–908–6722<br>Email: jfrei–pearson@fbfglaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Potashnick**<br>Weinhaus & Potashnick<br>11500 Olive Blvd., Ste. 133<br>St Louis, MO 63141<br>314–997–9150<br>Fax: 314–997–9170 |

Email: markp@wp−attorneys.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean James O'Hara**
Kercsmar Feltus & Collins PLLC
7150 E Camelback Rd., Ste. 285
Scottsdale, AZ 85251
480−421−1001
Fax: 480−421−1002
Email: sjo@kfcfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randall Gohn**  represented by  **Bradley F Silverman**
*for himself and all others similarly situated*   (See above for address)
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

  **Jeremiah Frei−Pearson**
  (See above for address)
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

  **Mark Potashnick**
  (See above for address)
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

  **Sean James O'Hara**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Davis, Jr.**  represented by  **Bradley F Silverman**
*for himself and all others similarly situated*   (See above for address)
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

  **Jeremiah Frei−Pearson**
  (See above for address)
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

  **Mark Potashnick**

          (See above for address)
          *LEAD ATTORNEY*
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **Sean James O'Hara**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Parts Authority LLC**     represented by    **Emily Dierberg Armstrong**
          Matheson & Matheson PLC
          15300 N 90th St., Ste. 550
          Scottsdale, AZ 85260
          480−889−8951
          Email: emilyarmstronglaw@gmail.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Michelle Ray Matheson**
          Matheson & Matheson PLC
          15300 N 90th St., Ste. 550
          Scottsdale, AZ 85260
          480−889−8951
          Fax: 480−339−4538
          Email: mmatheson@mathesonlegal.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Parts Authority Incorporated**     represented by    **Emily Dierberg Armstrong**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Michelle Ray Matheson**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Yaron Rosenthal**     represented by    **Emily Dierberg Armstrong**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Michelle Ray Matheson**
          (See above for address)
          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Northeast Logistics Incorporated**  represented by  **Erica K Rocush**
*TERMINATED: 07/20/2021*  Lewis Brisbois Bisgaard & Smith LLP – Phoenix, AZ
*doing business as*  2929 N Central Ave., Ste. 1700
Diligent Delivery Systems  Phoenix, AZ 85012
  602−385−1054
  Fax: 602−385−1051
  Email: erica.rocush@lewisbrisbois.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Arizona Logistics Incorporated**  represented by  **Erica K Rocush**
*doing business as*  (See above for address)
Diligent Delivery Systems  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**BBB Logistics Incorporated**  represented by  **Erica K Rocush**
*TERMINATED: 07/20/2021*  (See above for address)
*doing business as*  *LEAD ATTORNEY*
Diligent Delivery Systems  *ATTORNEY TO BE NOTICED*

**Defendant**

**Michigan Logistics Incorporated**  represented by  **Erica K Rocush**
*TERMINATED: 07/20/2021*  (See above for address)
*doing business as*  *LEAD ATTORNEY*
Diligent Delivery Systems  *ATTORNEY TO BE NOTICED*

**Defendant**

**Larry Browne**  represented by  **Christopher Michael Mason**
  Jennings Strouss & Salmon PLC – Phoenix – Washington St
  1 E Washington St., Ste. 1900
  Phoenix, AZ 85004−2554
  602−262−5817
  Fax: 602−495−2627
  Email: cmason@jsslaw.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Dina Ghassan Aouad**
  Jennings Strouss & Salmon PLC – Phoenix – Washington St
  1 E Washington St., Ste. 1900
  Phoenix, AZ 85004−2554
  602−262−5836
  Email: daouad@jsslaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John James Egbert**
Jennings Strouss & Salmon PLC – Phoenix – Washington St
1 E Washington St., Ste. 1900
Phoenix, AZ 85004–2554
602−262−5911
Fax: 602−495−2615
Email: johnegbert@jsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Parties**
*Does 1–20 d/b/a Diligent Delivery Systems,*
*and Does 21–40*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/05/2021 | Ï 1 | COMPLAINT. Filing fee received: $402.00, receipt number 0970−19027760 filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (O'Hara, Sean) (Attachments: # 1 Civil Cover Sheet)(BAC) (Entered: 01/05/2021) |
| 01/05/2021 | Ï 2 | SUMMONS Submitted by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (O'Hara, Sean) (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons)(BAC) (Entered: 01/05/2021) |
| 01/05/2021 | Ï 3 | Filing fee paid, receipt number 0970−19027760. This case has been assigned to the Honorable Steven P Logan. All future pleadings or documents should bear the correct case number: CV−21−00015−PHX−SPL. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (BAC) (Entered: 01/05/2021) |
| 01/05/2021 | Ï 4 | Summons Issued as to Arizona Logistics Incorporated, BBB Logistics Incorporated, Larry Browne, Michigan Logistics Incorporated, Northeast Logistics Incorporated, Parts Authority Incorporated, Parts Authority LLC, Yaron Rosenthal. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons)(BAC). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 01/05/2021) |
| 01/06/2021 | Ï 5 | PRELIMINARY ORDER that a motion pursuant to Fed. R. Civ. P. 12(b) is discouraged if the defect can be cured by filing an amended pleading. The parties must meet and confer prior to the filing of such motion to determine whether it can be avoided. FURTHER ORDERED that Plaintiff(s) serve a copy of this Order upon Defendant(s) and file a notice of service. Unless the Court orders otherwise, on April 5, 2021, the Clerk of Court shall terminate without further notice any Defendant in this action that has not been served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure See attached Order for complete details. Signed by Judge Steven P. Logan on 1/6/2021. (LMR) (Entered: 01/06/2021) |
| 01/06/2021 | Ï 6 | NOTICE re: of Filing Written Opt−In Consent Forms by Robert Davis, Jr, Randall Gohn, Hugo Jamie . (Attachments: # 1 Exhibit A)(O'Hara, Sean) (Entered: 01/06/2021) |
| 01/06/2021 | Ï 7 | MOTION for Leave to File Excess Pages by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Attachments: # 1 Text of Proposed Order)(O'Hara, Sean) (Entered: 01/06/2021) |

| | | |
|---|---|---|
| 01/06/2021 | Ï | Remark: Pro hac vice motion(s) granted for Mark Potashnick on behalf of Plaintiffs Robert Davis, Jr, Randall Gohn, Hugo Jamie. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 01/06/2021) |
| 01/13/2021 | Ï 8 | ORDER: Plaintiff's Motion to Exceed 7 is granted as modified. Plaintiffs will be permitted an additional 5 pages in excess of the page limit provided by LRCiv 7.2(e)(1). Signed by Judge Steven P, Logan on 1/12/2021. (LMR) (Entered: 01/13/2021) |
| 01/20/2021 | Ï 9 | MOTION to Certify Class by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Brea Declaration, # 3 Affidavit Grullat Declaration, # 4 Affidavit John Billinger Declaration, # 5 Affidavit Jones Declaration, # 6 Affidavit Santiago Declaration, # 7 Affidavit Thompson Declaration, # 8 Affidavit Tozin Declaration, # 9 Affidavit LaTonya Sims Declaration, # 10 Affidavit Martin Williams Jr Declaration, # 11 Affidavit Omobowale Avoseh Declaration, # 12 Affidavit Urrutia Declaration, # 13 Affidavit Gohn Declaration, # 14 Affidavit Robert Davis Declaration, # 15 Affidavit Rasheem Martin Declaration, # 16 Affidavit Hugo Jamie Declaration, # 17 Affidavit Bolden Declaration, # 18 Affidavit O'Hara Declaration, # 19 Affidavit Potashnick Declaration, # 20 Affidavit Frei−Pearson Declaration, # 21 Exhibit A, # 22 Exhibit B, # 23 Exhibit C, # 24 Exhibit D, # 25 Exhibit E, # 26 Exhibit F, # 27 Exhibit G, # 28 Exhibit H, # 29 Exhibit I, # 30 Exhibit J, # 31 Exhibit K, # 32 Exhibit L, # 33 Exhibit M, # 34 Exhibit N, # 35 Exhibit O)(O'Hara, Sean) (Entered: 01/20/2021) |
| 01/25/2021 | Ï 10 | SERVICE EXECUTED filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie: Affidavit of Service re: Summons, Complaint. Civil Cover Sheet, Notice of Case Assigned to Magistrate Judge *Parts Authority LLC, Yaron Rosenthal, Northeast Logistics, Parts Authority Inc., Michigan Logistics, Arizona Logistics, BBB Logistics, Inc. served on 1/19/21; Certified Mail served on 1/18/21; Larry Browne served on 1/20/21*. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Affidavit, # 4 Affidavit, # 5 Affidavit, # 6 Affidavit, # 7 Affidavit, # 8 Affidavit)(O'Hara, Sean) (Entered: 01/25/2021) |
| 01/26/2021 | Ï | Remark: Out of state attorney Jeremiah Frei−Pearson and Bradley F Silverman terminated as counsel of record for noncompliance with admission procedures; part or parties represented by other admitted counsel. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 01/26/2021) |
| 01/29/2021 | Ï 11 | *NOTICE of Appearance by Michelle Ray Matheson on behalf of Parts Authority LLC, Yaron Rosenthal, Parts Authority Incorporated. (Matheson, Michelle) *Modified to add additional filer on 2/1/2021 (REK). (Entered: 01/29/2021) |
| 01/29/2021 | Ï 12 | STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT *AND CLASS CERTIFICATION BRIEFING* by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated. (Attachments: # 1 Text of Proposed Order ORDER GRANTING FIRST STIPULATION TO EXTEND RESPONSE DEADLINE TO PLAINTIFFS' COMPLAINT AND MOTION FOR CLASS CERTIFICATION)(Rocush, Erica) (Entered: 01/29/2021) |
| 02/02/2021 | Ï 13 | ORDER: The parties' Stipulation 12 is granted. Defendants shall have until March 3, 2021, to file an answer to the Complaint and otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure. Defendants shall have until March 3, 2021 to respond to Plaintiffs' Motion to Conditionally Certify Collective Action. Signed by Judge Steven P. Logan on 2/1/2021. (LMR) (Entered: 02/02/2021) |
| 02/02/2021 | Ï | Remark: Pro hac vice motion(s) granted for Jeremiah Frei−Pearson, Bradley F Silverman on behalf of Plaintiffs Robert Davis, Jr, Randall Gohn, Hugo Jamie. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 02/02/2021) |
| 02/25/2021 | Ï 14 | NOTICE re: Filing Written Opt−In Consent Forms by Robert Davis, Jr, Randall Gohn, Hugo Jamie . (Attachments: # 1 Exhibit A)(Frei−Pearson, Jeremiah) (Entered: 02/25/2021) |

| | | |
|---|---|---|
| 02/26/2021 | 15 | *MOTION to Dismiss for Failure to State a Claim, MOTION to Change Venue by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated. (Attachments: # 1 Exhibit Exhibit 1 – Declaration of Tom Baker, # 2 Exhibit Exhibit 2 – Declaration of Andy VanHaverbeke, # 3 Exhibit Exhibit 3 – Declaration of Jerry Curcio, # 4 Exhibit Exhibit 4 – Declaration of Keith Littlefield)(Rocush, Erica). *Added MOTION to Change Venue/Transfer Case and correct motion type on 3/1/2021 (REK). (Entered: 02/26/2021) |
| 02/26/2021 | 16 | *MOTION to Stay re: 15 MOTION to Dismiss for Failure to State a Claim, MOTION to Change Venue by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated. (Attachments: # 1 Text of Proposed Order Order Granting Motion to Stay)(Rocush, Erica) *Modified text on 3/1/2021 (REK). (Entered: 02/26/2021) |
| 03/01/2021 |  | Remark: Pro hac vice motion(s) granted for Andrew Charles White on behalf of Plaintiff Hugo Jamie. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 03/01/2021) |
| 03/03/2021 | 17 | *MOTION to Dismiss for Lack of Jurisdiction by Yaron Rosenthal. (Attachments: # 1 Exhibit Ex 1 – 4)(Armstrong, Emily) *Modified to correct filer on 3/4/2021 (REK). (Entered: 03/03/2021) |
| 03/03/2021 | 18 | Joinder re: 15 MOTION to Dismiss for Failure to State a Claim MOTION to Change Venue/Transfer Case by Defendants Parts Authority Incorporated, Parts Authority LLC, Yaron Rosenthal. (Armstrong, Emily) (Entered: 03/03/2021) |
| 03/03/2021 | 19 | MOTION to Dismiss for Lack of Jurisdiction *12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION* by Larry Browne. (Mason, Christopher) (Entered: 03/03/2021) |
| 03/03/2021 | 20 | *Joinder re: 15 MOTION to Dismiss for Failure to State a Claim, MOTION to Change Venue/Transfer Case by Defendant Larry Browne. (Mason, Christopher) *Modified to add document link and correct text on 3/4/2021 (REK). (Entered: 03/03/2021) |
| 03/08/2021 | 21 | STIPULATION re: 16 MOTION to Stay re: 15 MOTION to Dismiss Case *or Transfer Venue in Whole or in Part* by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Attachments: # 1 Text of Proposed Order)(O'Hara, Sean) (Entered: 03/08/2021) |
| 03/08/2021 | 22 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/FIRM NAME by Sean James O'Hara. (O'Hara, Sean) (Entered: 03/08/2021) |
| 03/09/2021 | 23 | ORDER: The parties' Stipulation to Extend Briefing 21 is granted. Plaintiffs shall have until March 29, 2021 to file a Response to the Motion to Stay. Signed by Judge Steven P. Logan on 3/9/2021. (LMR) (Entered: 03/09/2021) |
| 03/18/2021 | 24 | MOTION for Extension of Time For Plaintiff's to File an Amended Complaint as a Matter of Course and to Hold that Pending Motions to Dismiss and Transfer are Moot by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Attachments: # 1 Text of Proposed Order)(O'Hara, Sean) (Entered: 03/18/2021) |
| 03/19/2021 | 25 | RESPONSE in Opposition re: 24 MOTION for Extension of Time For Plaintiff's to File an Amended Complaint as a Matter of Course and to Hold that Pending Motions to Dismiss and Transfer are Moot filed by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated. (Rocush, Erica) (Entered: 03/19/2021) |
| 03/23/2021 | 26 | REPLY to Response to Motion re: 24 MOTION for Extension of Time For Plaintiff's to File an Amended Complaint as a Matter of Course and to Hold that Pending Motions to Dismiss and Transfer are Moot filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (O'Hara, Sean) (Entered: 03/23/2021) |
| 03/26/2021 | 27 | |

| | | |
|---|---|---|
| | | ORDER: Plaintiffs' Motion for Extension of Time for Plaintiff's [sic] to File an Amended Complaint as a Matter of Course and To Hold That Pending Motions to Dismiss and Transfer are Moot 24 is denied in full. Signed by Judge Steven P. Logan on 3/25/2021. (LMR) (Entered: 03/26/2021) |
| 03/29/2021 | 28 | RESPONSE to Motion re: 16 MOTION to Stay re: 15 MOTION to Dismiss Case *or Transfer Venue in Whole or in Part* filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Attachments: # 1 Text of Proposed Order)(O'Hara, Sean) (Entered: 03/29/2021) |
| 03/29/2021 | 29 | MOTION to Amend/Correct 1 Complaint by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Affidavit of Jeremiah Frei Pearson ISO Plaintiff's Motion for Leave, # 4 Text of Proposed Order)(O'Hara, Sean) (Entered: 03/29/2021) |
| 04/05/2021 | 30 | REPLY to Response to Motion re: 16 MOTION to Stay re: 15 MOTION to Dismiss Case *or Transfer Venue in Whole or in Part* filed by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated. (Rocush, Erica) (Entered: 04/05/2021) |
| 04/12/2021 | 31 | RESPONSE in Opposition re: 29 MOTION to Amend/Correct 1 Complaint filed by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated. (Rocush, Erica) (Entered: 04/12/2021) |
| 04/19/2021 | 32 | REPLY to Response to Motion re: 29 MOTION to Amend/Correct 1 Complaint filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (O'Hara, Sean) (Entered: 04/19/2021) |
| 04/20/2021 | 33 | MOTION to Strike 32 Reply to Response to Motion *for Leave to Amend Complaint / Request to File Sur-Reply in Support of Motion to Dismiss or Transfer* by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated. (Attachments: # 1 Text of Proposed Order Order)(Rocush, Erica) (Entered: 04/20/2021) |
| 04/21/2021 | 34 | RESPONSE in Opposition re: 33 MOTION to Strike 32 Reply to Response to Motion *for Leave to Amend Complaint / Request to File Sur-Reply in Support of Motion to Dismiss or Transfer* filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Attachments: # 1 Text of Proposed Order)(O'Hara, Sean) (Entered: 04/21/2021) |
| 04/29/2021 | 35 | ORDER denying 33 Motion to Strike and granting 29 Motion to Amend Complaint. Plaintiffs shall file a clean copy of the Second Amended Complaint by 5 p.m. on 5/3/21. The 9 Motion to Certify Class is denied without prejudice and the 16 Motion to Stay is denied as moot. Plaintiffs shall file responses to the pending Motions to Dismiss (Docs. 15 , 17 , 19 ) no later than 6/1/21. Signed by Judge Steven P Logan on 4/29/21. (DXD) (Entered: 04/29/2021) |
| 05/03/2021 | 36 | AMENDED COMPLAINT against All Defendants filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie.(O'Hara, Sean) (Entered: 05/03/2021) |
| 05/26/2021 | 37 | *Joint MOTION to Consolidate Cases by Dion Humphrey, William Humphrey. (Attachments: # 1 Text of Proposed Order) (Associated Cases: CV-20-02350-PHX-SMB-CDB,CV-21-0015-SMB-CDB,CV-21-00331-SMB-CDB) (Dow, David) *Modified to request document be refiled to reflect correct case numbers; attorney noticed on 6/1/2021 (LAD). (Entered: 05/26/2021) |
| 06/01/2021 | 38 | RESPONSE in Opposition re: 15 MOTION to Dismiss for Failure to State a Claim MOTION to Change Venue/Transfer Case filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Silverman, Bradley) (Entered: 06/01/2021) |
| 06/01/2021 | 39 | *RESPONSE to Motion re: 17 MOTION to Dismiss for Lack of Jurisdiction *Yaron Rosenthal* filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Silverman, Bradley) *Modified to correct event on 6/2/2021 (REK). (Entered: 06/01/2021) |

| | | |
|---|---|---|
| 06/01/2021 | 40 | *RESPONSE to Motion re: 19 MOTION to Dismiss for Lack of Jurisdiction *12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION Larry Browne* filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Silverman, Bradley) *Modified to correct event on 6/2/2021 (REK). (Entered: 06/01/2021) |
| 06/01/2021 | 41 | DECLARATION of Mark Potashnick In Support of Plaintiffs Opposition to All Of The Defendants Motions to Dismiss or Transfer Venue re: 38 Response in Opposition to Motion, 39 Response in Opposition to Motion, 40 Response in Opposition to Motion . filed by Robert Davis, Jr, Randall Gohn, Hugo Jamie. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25)(Silverman, Bradley) (Entered: 06/01/2021) |
| 06/02/2021 | 42 | NOTICE TO FILER OF DEFICIENCY re: 41 Declaration filed by Robert Davis, Jr., Randall Gohn, Hugo Jamie. Document not in compliance with LRCiv 7.1(a)(3) – Party names must be capitalized using proper upper and lower case type. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (REK) (Entered: 06/02/2021) |
| 06/08/2021 | 43 | STIPULATION re: 40 Response in Opposition to Motion *STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LARRY BROWNE TO FILE HIS REPLY TO PLAINTIFFS OPPOSITION TO MOTION TO DISMISS* by Larry Browne. (Attachments: # 1 Text of Proposed Order)(Mason, Christopher) (Entered: 06/08/2021) |
| 06/08/2021 | 44 | ORDER that the Stipulation 43 is granted. Defendant Larry Browne shall have until June 15, 2021 to file a Reply to the Motion to Dismiss 19 . Signed by Judge Steven P Logan on 6/08/2021. (REK) (Entered: 06/08/2021) |
| 06/15/2021 | 45 | REPLY to Response to Motion re: 15 MOTION to Dismiss for Failure to State a Claim MOTION to Change Venue/Transfer Case filed by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated. (Rocush, Erica) (Entered: 06/15/2021) |
| 06/15/2021 | 46 | REPLY to Response to Motion re: 19 MOTION to Dismiss for Lack of Jurisdiction *12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION* filed by Larry Browne. (Mason, Christopher) (Entered: 06/15/2021) |
| 06/16/2021 | 47 | REPLY to Response to Motion re: 17 MOTION to Dismiss for Lack of Jurisdiction filed by Yaron Rosenthal. (Armstrong, Emily) (Entered: 06/16/2021) |
| 07/02/2021 | 48 | ORDER: Defendant Yaron Rosenthal's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) 17 is denied. Defendant Larry Browne's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction 19 is denied. Signed by Judge Steven P Logan on 7/02/2021. (REK) (Entered: 07/02/2021) |
| 07/06/2021 | 49 | NOTICE re: DECISION IN A RELATED MATTER by Arizona Logistics Incorporated, BBB Logistics Incorporated, Michigan Logistics Incorporated, Northeast Logistics Incorporated . (Rocush, Erica) (Entered: 07/06/2021) |
| 07/16/2021 | 50 | ORDER – IT IS ORDERED that Plaintiff Hugo Jaime will be dismissed with prejudice from this case on July 23, 2021 unless a stipulation to dismiss is filed prior to the dismissal date. See order for complete details. Signed by Judge Steven P Logan on 7/16/21. (SMH) (Entered: 07/16/2021) |
| 07/16/2021 | 51 | *MOTION for Reconsideration re: 48 Order by Yaron Rosenthal. (Attachments: # 1 Exhibit Armstrong Declaration, # 2 Exhibit Rocush Declaration, # 3 Text of Proposed Order)(Armstrong, Emily) *Modified to add document link on 7/19/2021 (REK). (Entered: 07/16/2021) |

| | | |
|---|---|---|
| 07/16/2021 | 52 | MOTION for Reconsideration re: 48 Order on Motion to Dismiss/Lack of Jurisdiction by Larry Browne. (Attachments: # 1 Exhibit)(Mason, Christopher) (Entered: 07/16/2021) |
| 07/19/2021 | 53 | NOTICE of Party Dismissal by Robert Davis, Jr, Randall Gohn, Hugo Jamie. Party Hugo Jamie (for himself and all others similarly situated) terminated. (Frei–Pearson, Jeremiah) (Entered: 07/19/2021) |
| 07/20/2021 | 54 | ORDER: Diligent Delivery System's Motion to Dismiss or Transfer Venue in Whole or In Part 15 is granted as modified as follows: I. Northeast Logistics, Inc., Michigan Logistics, Inc., and BBB Logistics Inc. are dismissed for lack of personal jurisdiction under Rule 12(b)(2). II. Plaintiffs Maurice Headd and Cynthia Cyprian, and Claims I and II in their entirety will be transferred to the Southern District of New York to join the similarly situated plaintiffs in Henao v. Parts Authority LLC, et al., Case No. 19–10720. The Clerk of Court shall process the transfer upon docketing of this order. III. Claims IIIX are dismissed without prejudice for failure to state a claim under to Rule 12(b)(6). IT IS FURTHER ORDERED that Defendant Yaron Rosenthal and Defendant Larry Browne's Motions to Reconsider (Docs. 51 , 52 ) are denied as moot. IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment accordingly and terminate this action. Signed by Judge Steven P Logan on 7/20/2021. (REK) (Entered: 07/20/2021) |
| 07/20/2021 | 55 | CLERK'S JUDGMENT – Pursuant to the Court's order filed July 20, 2021, Judgment is entered as follows: (1) Defendants Northeast Logistics Incorporated, Michigan Logistics Incorporated, and BBB Logistics Incorporated are dismissed for lack of personal jurisdiction under Rule 12(b)(2). (2) Plaintiffs Maurice Headd and Cynthia Cyprian and Claims I and II in their entirety are transferred to the Southern District of New York to join the similarly situated plaintiffs in Henao v. Parts Authority LLC, et al., Case No. 19–70720. (3) Claims III–X are dismissed without prejudice for failure to state a claim under Rule 12(b)(6). Plaintiffs to take nothing and the case is dismissed. (REK) (Entered: 07/20/2021) |