```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    MAURICE HEADD, et al.,                                  :
                                Plaintiffs,                 :
                                                            :      21 Civ. 6219 (LGS)
                -against-                                   :
                                                            :              ORDER
    PARTS AUTHORITY LLC, et al.,                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case has been assigned to me for all purposes;

WHEREAS, this case was transferred to the Southern District of New York from the District of Arizona so Plaintiffs could "join the similarly situated plaintiffs in *Henao v. Parts Authority LLC, et al.*, Case No. 19-10720" (Dkt. No. 54). It is hereby

**ORDERED** that, by **August 19, 2021**, Plaintiffs shall file a letter not to exceed four single-spaced pages (1) explaining whether Plaintiffs are part of the putative FLSA collective in *Henao*, (2) identifying any reason why this case should not be consolidated with *Henao* and (3) proposing next steps in light of their responses to the prior questions. Defendants may (but need not) file a response by **August 24, 2021**.

Dated: August 12, 2021
       New York, New York

                                                           **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**