UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    MAURICE HEADD, et al.,

                    Plaintiffs,

            -against-                        21 Civ. 6219 (LGS)

    PARTS AUTHORITY, LLC, et al.,          ORDER

                    Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff Headd filed a notice of voluntary dismissal on September 23, 2021;

       WHEREAS, the notice of voluntary dismissal was flagged as deficient; it is hereby

       **ORDERED** that Plaintiff Headd shall cure the deficiency and refile the notice of voluntary dismissal by **September 29, 2021**.

Dated: September 28, 2021
        New York, New York

                                          LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE