IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hugo Jamie, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Parts Authority LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-21-00015-PHX-SPL<br><br>**ORDER** |

On July 20, 2021, this Court granted as modified Diligent Delivery System's Motion to Dismiss or Transfer Venue (Doc. 54). Ultimately, the Court (1) dismissed Northeast Logistics, Inc., Michigan Logistics, Inc., and BBB Logistics Inc. for lack of personal jurisdiction; (2) transferred Plaintiffs Maurice Headd and Cynthia Cyprian, as well as Claims I and II in their entirety to the Southern District of New York; and (3) dismissed Claims III–X without prejudice for failure to state a claim (Doc. 54 at 15).

On September 30, 2021, upon the discovery of Cyprian's arbitration agreement, the Southern District of New York transferred Plaintiff Cyprian back to the District of Arizona (Doc. 79) and the case was reopened (Doc. 80).

On October 28, 2021, because it appeared that the claims brought by Plaintiff Cyprian (Claims III & X) (Doc. 36 at 51, 62) had been dismissed without prejudice, the Court ordered the parties to file a Joint Status Report addressing whether this case should be dismissed (Doc. 81). The parties filed their Report on November 4, 2021 (Doc. 82), agreeing that the claims should remain dismissed and noting that Plaintiff intends to refile

in state court because this Court lacks subject matter jurisdiction.  Accordingly,

**IT IS ORDERED** that the claims transferred back from the Southern District of New York shall **remain dismissed** and the Clerk of Court shall **close this case**.

Dated this 5th day of November, 2021.

*/s/ Steven P. Logan*
Honorable Steven P. Logan
United States District Judge